**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**COREY J. WILLIAMS**                                                                  **PETITIONER**

**v.**                     **CASE NO. 5:14CV00188 BSM**

**RAY HOBBS, Director,
Arkansas Department of Correction**                             **RESPONDENT**

**ORDER**

The proposed findings and recommendations from Magistrate Judge H. David Young have been received. After careful consideration of the objections, and a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety.

In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. Rule 11 of the Rules Governing Section 2254 Cases. The petitioner has not made a substantial showing of a denial of a constitutional right on any issue. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 4th day of November 2014.

                                                                             */s/ Brian S. Miller*
                                                              UNITED STATES DISTRICT JUDGE